■ In the Matter of John H. Young, III, in Behalf of Himself and All Other Voters and Electors of the City of New York Who May Be Similarly Situated, Appellant, v. Robert F. Wagner, as Mayor of the City of New York, et al., Respondents.— Order, entered October 23, 1963, denying motion and dismissing petition in the nature of mandamus to enjoin the submission of Local Law No. 51 of the Local Laws of 1963 of the City of New York to the voters on November 5, 1963, affirmed, without costs to any party. See memorandum in related appeal, *Matter of Kupferman* v. *Katz* (19 A D 2d 824). Leave to appeal to the Court of Appeals granted. Concur — Botein, P. J., Breitel, McNally, Stevens and Steuer, JJ.

(October 31, 1963)

■ Michael M. Barany, Respondent, v. Joe Rae, Inc., et al., Appellants.— Determination of the Appellate Term unanimously affirmed, without costs, and without prejudice to a new application, if so advised, upon completion of pretrial proceedings. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ Frances Gentile, Respondent, v. Vittorio Gentile, Appellant.— Order, entered on August 16, 1963, awarding plaintiff temporary alimony and counsel fee, unanimously modified, on the law and on the facts, to the extent of reducing the counsel fee to the sum of $1,000, and, as so modified, affirmed, without costs. The award of $1,750 in our opinion was excessive. This case should be brought to trial by defendant without further delay. The best protection to both parties against any unfairness in the fixing of temporary alimony on the basis of affidavits is a speedy trial rather than an appeal. (*Bleiman* v. *Bleiman*, 272 App. Div. 760.) (*Weisner* v. *Weisner*, 19 A D 2d 788; *Rosen* v. *Rosen*, 4 A D 2d 756; *Yudell* v. *Yudell*, 282 App. Div. 649; *Amos* v. *Amos*, 282 App. Div. 692; *Tee* v. *Chay*, 277 App. Div. 782.) Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.